IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VICTOR FERNANDES | * |
| Plaintiff, | * |
| v. | * Civil Case No.: SAG-10-752 |
| MONTGOMERY COUNTY, MD, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of Victor Fernandes against Paul Craine, it is, this 10th day of December 2012

ORDERED that

1. Judgment is entered in favor of Victor Fernandes against Paul Craine in the amount of $2,700.00 for past medical bills and $10,000.00 in non-economic compensatory damages; and

2. Any and all prior rulings made by this court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
Stephanie A. Gallagher
United States Magistrate Judge