IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTOR FERNANDES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. SAG-10-752 |
| | * | |
| MONTGOMERY COUNTY, MD, et al. | * | |
| | * | |
| Defendants. | * | |

*******

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is, this 3rd day of December, 2013, hereby ORDERED that

(1) Mr. Fernandes's Motion Requesting Award of Attorney's Fees (ECF No. 62) is GRANTED; and

(2) the Court awards Mr. Fernandes $69,560.40 in attorney's fees and $455.00 in costs.

/s/
Stephanie A. Gallagher
United States Magistrate Judge